IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | NO. 20 C 4642 |
| A&A TRANSPORT SERVICES, INC., ) | |
| an Illinois corporation, ) | JUDGE JOHN R. BLAKEY |
| ) | |
| Defendant. ) | |

**MOTION FOR ENTRY OF JUDGMENT AND FOR AN ORDER
DIRECTING DEFENDANT TO TURN OVER ITS MONTHLY
FRINGE BENEFIT CONTRIBUTION REPORTS**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant pursuant to Rule 55(a) on September 22, 2020, request this Court enter judgment against Defendant, A&A Transport Services, Inc., an Illinois corporation.

In addition, Plaintiffs move for entry of an order directing Defendant, A&A Transport Services, Inc., an Illinois corporation, to turn over monthly fringe benefit contribution reports due for the months of August 2020 and September 2020, pursuant to the Agreements and Declarations of Trust to which Defendant is bound, said Defendant having failed to answer or otherwise plead to the Complaint and the monthly contribution reports being required in order to liquidate Plaintiffs' claims. In support of this Motion, Plaintiffs state:

1. On September 22, 2020, this Court entered default against Defendant pursuant to FRCP 55(a) and directed Plaintiffs to file a motion for entry of judgment by October 30, 2020.

2. On August 7, 2020, Plaintiffs filed the instant litigation seeking Defendant's monthly fringe benefit contribution reports and any contributions, liquidated damages and interest due thereon for the time period January 2020. On or about September 16, 2020, Plaintiffs' counsel received Defendant's monthly fringe benefit contribution reports for the time period January 2020 through July 2020. The reports indicated that Defendant owed contributions to the Funds only for the months of June 2020 and July 2020 in the amount of $4,749.83. Defendant paid the contributions due and owing to Plaintiffs. (See Affidavit of Richard J. Clarson).

3. Additionally, due to the late payment of contributions due, twenty (20%) percent liquidated damages was assessed against the Defendant in the amount of $950.00. (Clarson Aff. Par. 5). In addition, the Funds are entitled to recover an interest surcharge equal to 1.0% per month, for each month that contributions remain unpaid or paid late, along with any unpaid contributions. Accordingly, the Plaintiff Funds have assessed interest for the late payment of contributions due for the month of June 2020 in the amount of $17.02. (Clarson Aff. Par. 6).

4. In addition, Plaintiffs' counsel's firm has expended $485.00 for costs and $806.25 for attorneys' fees, for a total of $1,291.25, in this matter. (See Affidavit of Catherine M. Chapman).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $2,258.27.

6. Pursuant to such Agreements and Declarations of Trust, Defendant is required to submit monthly contribution reports to the Plaintiffs that indicate all employees of the Defendant covered by the collective bargaining agreement referred to in the Complaint, and the number of hours worked or paid for pursuant to the terms of the collective bargaining agreement referred to herein.

      7.      Defendant has failed to submit its monthly fringe benefit contribution reports for the months of August 2020 and September 2020.

      WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $2,258.27 and enter an order requiring the Defendant to submit its monthly fringe benefit contribution reports for August 2020 and September 2020 within 14 days of the entry of an Order.

      /s/   Cecilia M. Scanlon

Cecilia M. Scanlon  
Attorney for Plaintiffs  
BAUM SIGMAN AUERBACH & NEUMAN, LTD.  
200 W. Adams St., Ste. 2200  
Chicago, IL   60606-5231  
Telephone: 312.216.2577  
Facsimile: 312.236.0241  
Email: cscanlon@baumsigman.com  

I:\731exc\A&A Transport Services\motion-judgment and reports.cms.df.wpd

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment and Order for Reports) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of <u>5:00 p.m.</u> this <u>30th</u> day of <u>October 2020</u>:

        Mr. Francisco Valdes, Registered Agent/President
        A&A Transport Services, Inc.
        6458 S. Lamon Avenue
        Chicago, IL  60638-5824

                /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams St., Ste. 2200
Chicago, IL  60606-5231
Telephone: 312.216.2577
Facsimile: 312.236.0241
Email: cscanlon@baumsigman.com

I:\731exc\A&A Transport Services\motion-judgment and reports.cms.df.wpd