IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | NO. 20 C 4642 |
| A&A TRANSPORT SERVICES, INC., | ) | |
| an Illinois corporation, | ) | JUDGE JOHN R. BLAKEY |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO:  Mr. Francisco Valdes, Registered Agent/President
A&A Transport Services, Inc.
6458 S. Lamon
Chicago, IL 60638-5824

NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with Rule 41(a)(1)(i), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to the rights of Plaintiffs.

/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams St., Ste. 2200
Chicago, IL 60606-5231
Telephone: 312.216.2577
Facsimile: 312.236.0241
Email: cscanlon@baumsigman.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 12th day of March 2021:

>Mr. Francisco Valdes, Registered Agent/President
>A&A Transport Services, Inc.
>6458 S. Lamon Avenue
>Chicago, IL 60638-5824

/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams St., Ste. 2200
Chicago, IL 60606-5231
Telephone: 312.216.2577
Facsimile: 312.236.0241
Email: cscanlon@baumsigman.com

I:\731exc\A&A Transport Services\notice of voluntary dismissal.cms.df.wpd